**Order filed March 24, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00159-CR
_____

## EX PARTE LIONEL JOSEPH NEWMAN

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1647260**

## ORDER

The clerk's record was filed March 18, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order signed January 14, 2020 denying appellant's application for writ of habeas corpus.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 23, 2020** containing the January 14, 2020 order.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.